PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Douglas Metsala**

**Docket No. 0:00CR00355-6(JMR)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Douglas Metsala** who was sentenced on June 17, 2003, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No new crimes.
- Abide by standard conditions of supervised release.
- No firearms, destructive devices or other dangerous weapons.
- Submit to periodic drug testing and participate in substance abuse treatment and aftercare as directed.
- No association with Los Valentes gang or any other gang.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A urine sample submitted by Mr. Metsala on November 19, 2004, screened positive for Cocaine. Mr. Metsala admitted he had used cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

ORDER OF THE COURT,

Considered and ordered this 13th day of December, 2004, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

Respectfully,

John P. Rayman
U.S. Probation Officer

Place Minneapolis
Date December 10, 2004

SCANNED
DEC 15 2004

c: United States Sentencing Commission