Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michael Douglas Metsala

Docket No. 00-CR-355-006 (JMR/RLE)

**HEARING WAIVER**

I, Michael Douglas Metsala, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modifications of my supervision conditions:

> The defendant shall perform 20 hours of community service, as approved by the probation officer.
>
> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

Signed: [signature]

Michael Douglas Metsala
Supervised Releasee

Dated: 11-24-2004

Witness: [signature]

John P. Rayman
U.S. Probation Officer

SCANNED
DEC 15 2004
U.S. DISTRICT COURT MPLS